**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7684**

_____

LONNIE OGLESBEE,

                    Plaintiff – Appellant,

          v.

WARDEN TERRY O'BRIEN; CAPTAIN WILSON; CAPTAINS JOHNSON;
S.I.A. PITT; A.M. SHIFT PRISON GUARDS; WEBB, Special
Housing Unit Guard; KEGLEY, Special Housing Unit Guard; C/O
HAMILTON, Special Housing Unit Guard; ANDERS, Special
Housing Unit Guard; MOORE, Special Housing Unit Guard; MR.
FORTNER, Special Housing Unit Guard; STANLEY, Special
Housing Unit Guard; JARRELL, Special Housing Unit Guard;
OTHER UNNAMED GUARDS, Special Housing Unit; SHREIBER,
Special Housing Lieutenant,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge. (7:10-cv-00322-JLK)

_____

Submitted: August 16, 2012        Decided: August 20, 2012

_____

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lonnie Mack Oglesbee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lonnie Mack Oglesbee appeals the district court's order denying his motion for free copies and indigent stamps. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Oglesbee v. O'Brien, No. 7:10-cv-00322-JLK (W.D. Va. Oct. 24, 2011). We deny Oglesbee's motions submitting evidence and petitioning for help. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3